UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ALAN FRIEDLANDER, <br>     Plaintiff, <br> <br> v. <br> <br> NATIONAL CREDIT ADJUSTERS, L.L.C. <br> and DOE 1-5, <br>     Defendants, <br> <br> and <br> <br> CENTRAL BANK AND TRUST, <br> <br>     Garnishee. | ) <br> ) <br> ) <br> ) Case No. Case No. 2:14-mc-00207-CM <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

ORDER OF GARNISHMENT
(To Attach Other Than Earnings)

Judgment Creditor name:    Alan Friedlander

Judgment Debtor name:    National Credit Adjusters, L.L.C.
    327 W. 4th Street
    Hutchinson, KS 67504

Garnishee name    Central Bank and Trust
    700 E 30th Ave
    Hutchinson, KS 67502
    Phone:(620) 663-0666

Pursuant to Chapter 60 of
Kansas Statutes Annotated

The type of service requested is service by Attorney(s) of record for judgment creditors, as permitted by K.S.A. § 60-303(f).

To the above named Garnishee:

    The attached Instructions to Garnishee are incorporated by reference.   You are ordered as a garnishee to follow the attached instructions as if they were set forth in this Order.

If you are indebted to the judgment debtor, complete the attached Answer under penalty of perjury as set forth in the instructions.

If you are a bank, savings and loan association, credit union or finance company, and are holding any funds, credits or indebtedness belonging to or owing the judgment debtor, the amount to be withheld by you pursuant to this order is not to exceed **$5065.40**.

If you fail to complete and send your answer as required in the instructions, the judgment creditor may file a motion for judgment against you for the amount of judgment against the judgment debtor or such other amount as the court shall order, including the expenses and attorney fees of the judgment creditor.

Dated this 16th day of January, 2014.

BY ORDER OF THE COURT

s/Tami Anthony

Deputy Clerk

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ALAN FRIEDLANDER, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:14-mc-00207-CM |
| | ) |
| NATIONAL CREDIT ADJUSTERS, L.L.C. | ) |
| and DOE 1-5, | ) |
|     Defendants, | ) |
| | ) |
| and | ) |
| | ) |
| CENTRAL BANK AND TRUST, | ) |
| | ) |

### RETURN ON SERVICE OF GARNISHMENT ORDER

I hereby certify that I have served this garnishment order in the following manner:

(1) Personal Service.   By delivering a copy of the garnishment order along with two copies of the answer form to each of the following persons on the dates indicated:

   _____  _____, _____
   _____  _____, _____
       (Name)           (Date)

(2) Agent Service.   By delivering a copy of the garnishment order along with two copies of the answer form to each of the following agents authorized by appointment or by law to receive service of process on the dates indicated:

   _____  _____, _____
   _____  _____, _____
       (Name)           (Date)

(3) Service by Return Receipt Delivery.   By causing to be delivered on the \_\_\_\_\_ day of _____, _____, a copy of the garnishment order along with two copies of the answer form by return receipt delivery to each of the following persons at the following address: _____
_____
with such delivery made by the following person or entity: _____.
Attached hereto is a copy of the return receipt evidencing such delivery.

(4) Return Receipt Delivery Refused.   By mailing on the \_\_\_\_\_ day of _____, \_\_\_\_\_, a copy of the garnishment order along with two copies of the answer form to each of the following persons at the following address:

(5) Mail Service.  By mailing on the _____ day of _____, _____, a copy of the garnishment order, along with two copies of the answer form by first class mail to each of the following persons at the following addresses:

Central Bank and Trust
Attn: Bookkeeping,
700 E 30th Ave
Hutchinson, KS 67502

(6) Telefacsimile communication.  By faxing on the _____ day of _____, _____, at ____ o'clock _.m., a copy of the garnishment order, along with two copies of the answer form, to the following persons:_____
Number of transmitting machine: _____
Number of receiving machine: _____

(7) Internet electronic mail.  By e-mailing on the _____ day of _____, _____, at ____ o'clock _.m., a copy of the garnishment order, along with a copy of the answer form, to the following persons at the following e-mail addresses:_____
_____
_____
_____
Transmitting person's e-mail address: _____

(8) No Service.  The following persons were not served:
_____
_____

Pursuant to K.S.A. 53-601, as amended, I declare under the penalty of perjury that the foregoing is true and correct.

EXECUTED on _____, _____.

                                _____
                                Signature, Attorney of Record